IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE ARREDONDO,

        Plaintiff,                   No. CIV S-07-0615 FCD EFB P

     vs.

GALEN,

        Defendant.               ORDER

_____/

       Plaintiff, a state prisoner without counsel, has filed a civil rights action under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights occurring in Kings County, California. Actions arising out of Kings County are venued in the Fresno portion of this court and this case should have been commenced in Fresno. *See* Local Rule 3-120(b). Because this case will be transferred to Fresno, *see, id.*, the court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the Fresno Division.

       2. The Clerk of Court shall assign a new case number.

/////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 2, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE