# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARREDONDO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. GALEN, et al.,<br><br>    Defendants. | CASE NO. 1:07-cv-00666-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION |

    Plaintiff Guadalupe Arredondo ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on March 30, 2007. On May 1, 2007, plaintiff filed a notice of change of address. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

    2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

    3.    The failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   May 18, 2007             /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE