# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARREDONDO,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. GALEN,<br><br>            Defendant.<br>                                                              / | CASE NO. 1:07-cv-00666-LJO-SMS PC<br><br>ORDER PROVIDING DEFENDANT WITH THIRTY DAYS TO FILE RESPONSE OR THIS ACTION WILL BE DISMISSED, WITHOUT PREJUDICE, PURSUANT TO PLAINTIFF'S REQUEST<br><br>(Doc. 19) |

Plaintiff Guadalupe Arredondo ("plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2007, plaintiff filed a request for voluntary dismissal of this action. Because defendant Galen filed an answer on September 26, 2007, this action may not be dismissed by plaintiff absent stipulation or order of the court. Fed. R. Civ. P. 41(a)(1).

Defendant has **thirty (30) days** from the date of service of this order within which to file a response to plaintiff's notice. If defendant does not file a response, this action will be dismissed by the court, without prejudice. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:   October 11, 2007                         /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE