# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUADALUPE ARREDONDO,

                    Plaintiff,

    v.

DR. GALEN,

                    Defendant.
_____/

CASE NO. 1:07-cv-00666-LJO-SMS PC

ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AND DEFENDANT'S NOTICE OF NON-OPPOSITION

(Docs. 19 and 21)

On October 1, 2007, plaintiff Guadalupe Arredondo filed a notice of voluntary dismissal. (Doc. 19.) Pursuant to the Court's order of October 12, 2007, defendant Galen filed a notice of non-opposition to the dismissal. (Docs. 20, 21.)

Accordingly, this action is HEREBY DISMISSED, without prejudice. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

**Dated:    October 15, 2007            /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

1